NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-737

STATE OF LOUISIANA

VERSUS

RONALD BELL

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 86095
HONORABLE MARILYN CARR CASTLE, DISTRICT COURT JUDGE

**********
ULYSSES GENE THIBODEAUX
JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Michael Harson
District Attorney, 15th Judicial District Court
P. O. Box 3306
Lafayette, LA 70502-3306
Telephone: (337) 232-5170
COUNSEL FOR:
    Plaintiff/Appellee - State of Louisiana

Kenota Pulliam Johnson
Louisiana Appellate Project
9963 Trailridge Dr.
Shreveport, LA 71106
Telephone: (318) 524-1024
COUNSEL FOR:
    Defendant/Appellant - Ronald Bell

Ronald Bell
Louisiana State Prison
Camp D - Raven Unit 4R/#4
Angola, LA 70712